IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**THROSSIA HORTON**                                                                                       **PLAINTIFF**

**VS.**                                                                      **CIV. ACTION NO. 3:13 CV 186 CWR - LRA**

**RICHARD BYRD; RICK VAN EGMOND;**
**AND HINDS COUNTY, MISSISSIPPI**                                                          **DEFENDANTS**

## AGREED ORDER OF DISMISSAL AND FINAL JUDGMENT

THIS CAUSE has come before the Court on the joint *ore tenus* motion of the parties, by and through their counsel of record, as the parties have announced the mutual desire that this case be dismissed with prejudice. The Court, being fully advised in the premises, finds that the requested motion should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that the Complaint filed by Throssia Horton and all claims therein filed against Hinds County, Mississippi; Richard Byrd; and Rick Van Egmond shall be and are hereby dismissed with prejudice, with each party to bear its own costs. The Court finds there is no just reason for delay and expressly directs entry of a Final Judgment herein, pursuant to Fed. R. Civ. P. 54.

SO ORDERED and ADJUDGED, this the 10th day of April, 2015.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED TO BY:

S/ *Shunda Baldwin*_____
Shunda L. Baldwin (MB No. 101535)
Toney A. Baldwin (MB No. 102161)
BALDWIN & BALDWIN, PLLC
Post Office Box 3199
Jackson, Mississippi 39207


S/ *Michelle T. High*_____
J. Lawson Hester (MB No. 2394)
lhester@wyattfirm.com
Michelle T. High (MB No. 100663)
mhigh@wyattfirm.com
WYATT, TARRANT & COMBS, LLP
Post Office Box 16089
Jackson, Mississippi  39236-6089